```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 07882
    THERESA M ALEXANDER
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
       Debtor
  SSN XXX-XX-5959


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/05/2006 and was confirmed 09/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE   SECURED VEHIC    10294.99       2175.00       10294.99
NISSAN MOTOR ACCEPTANCE   UNSECURED          505.17           .00         505.17
SAXON MORTGAGE            CURRENT MORTG         .00           .00            .00
SAXON MORTGAGE            MORTGAGE ARRE     2184.60           .00        2184.60
SAXON MORTGAGE            CURRENT MORTG         .00           .00            .00
SAXON MORTGAGE            MORTGAGE ARRE      355.35           .00         355.35
CBCS                      UNSECURED       NOT FILED           .00            .00
FREEDMAN ANSELMO & LINDB  NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED           .00            .00
SAXON MORTGAGE            NOTICE ONLY     NOT FILED           .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT      274.00           .00         274.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY      3,000.00                     3,000.00
TOM VAUGHN                TRUSTEE                                       1,300.89
DEBTOR REFUND             REFUND                                        2,940.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              23,030.00

PRIORITY                                          274.00
SECURED                                        12,834.94
    INTEREST                                    2,175.00
UNSECURED                                         505.17
ADMINISTRATIVE                                  3,000.00
TRUSTEE COMPENSATION                            1,300.89
DEBTOR REFUND                                   2,940.00
                     --------------          --------------
TOTALS               23,030.00                 23,030.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 07882 THERESA M ALEXANDER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE